UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                  Case No. 18-49509

ANTHONY WAYNE BARROW, and            Chapter 7
KIMBERLY MARIE BARROW,

                                                   Judge Thomas J. Tucker

                  Debtors.
_____/

**ORDER DENYING, WITHOUT PREJUDICE, THE DEBTORS' MOTION TO AVOID
LIEN IN EXEMPT PROPERTY UNDER SECTION 522(f)(1)(A)**

       This case is before the Court on a motion by the Debtors, entitled "Motion to Avoid Security Interest in Exempt Property under Section 522(f)(1)(A)" (Docket # 17, the "Motion"). The Motion requests that the Court "enter an order avoiding the lien of the creditor Credit Acceptance, who has a Judgment Lien on real property held by the Debtors and requiring removal and release of the lien upon entry of the order." The Debtors filed a Certification of Non-Response on September 25, 2018, and no one has filed an objection to the Motion.

       The Court must deny the Motion, without prejudice, for the following reasons:

       1. The Motion fails to allege details necessary to support the relief sought, including (a) the address or legal description of the real property at issue; (b) any of the dollar amounts necessary for the Court to calculate whether, and to what extent, the alleged judgment lien impairs the Debtors' exemptions, as impairment is defined under 11 U.S.C. § 522(f)(2)(A); and (c) any details regarding the judgment lien to be avoided.

       2. The Motion fails to explain the inconsistency between the Motion's allegation that there is a judgment lien on Debtors' real property, on the one hand, and the fact that the Debtors' Schedule D filed in this case (Docket # 10) states that there are no creditors who have a claim

secured by any of the Debtors' property, on the other hand.

Accordingly,

IT IS ORDERED that the Motion (Docket # 17) is denied, without prejudice to the Debtors' right to file a new, properly supported motion seeking the same lien-avoidance relief.

**Signed on September 26, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**